No. 05–48. TEVA PHARMACEUTICALS USA, INC. *v.* PFIZER, INC. C. A. Fed. Cir. Certiorari denied. THE CHIEF JUSTICE, JUSTICE O'CONNOR, and JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 05–139. MARICOPA COUNTY, ARIZONA, ET AL. *v.* AGSTER, PERSONAL REPRESENTATIVE OF THE ESTATE OF AGSTER, ET AL. C. A. 9th Cir. Motions of American Medical Association et al. and County of Los Angeles et al. for leave to file briefs as *amici curiae* granted. Certiorari denied.

No. 05–205. SMITH ET AL. *v.* WEST VIRGINIA EX REL. SAYLOR. Sup. Ct. App. W. Va. Motion of Employment Dispute Services, Inc., for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 05–5591. MURRAY *v.* FLEET MORTGAGE GROUP ET AL. C. A. 2d Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 05–5702. JOHNSON *v.* UNITED STATES. C. A. 8th Cir. Certiorari before judgment denied.

No. 05–6334. MITCHELL *v.* UNITED STATES. C. A. 6th Cir. Certiorari before judgment denied.

No. 04–9046. IN RE MORRIS, 544 U. S. 973;
No. 04–9269. HOLLIHAN *v.* SOBINA, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT SOMERSET, ET AL., 544 U. S. 1024;
No. 04–9490. LUCAS *v.* LEWIS, WARDEN, 545 U. S. 1106;
No. 04–9564. FERRO *v.* UNITED STATES, 544 U. S. 1041;
No. 04–9755. KING *v.* DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION, 545 U. S. 1132; and
No. 04–9835. BARBOSA *v.* UNITED STATES, 544 U. S. 1056. Petitions for rehearing denied.

No. 02–611. DERMAN *v.* UNITED STATES, 537 U. S. 1048. Motion for leave to file petition for rehearing denied.